IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **DANIEL HERNANDEZ,** § | |
| Plaintiff, § | |
| § | |
| v. § | EP-22-CV-00306-KC-ATB |
| § | |
| **COMMISSIONER OF THE SOCIAL** § | |
| **SECURITY ADMINISTRATION,** § | |
| Defendant. § | |
| § | |

### ORDER GRANTING APPLICATION
### TO PROCEED *IN FORMA PAUPERIS*

On this day, the Court considered Plaintiff's "Motion to Proceed *In Forma Pauperis*" and the attached "Application to Proceed in District Court Without Prepaying Fees or Costs" filed by Plaintiff Daniel Hernandez on September 1, 2022. (ECF No. 1). The case was assigned to United States District Judge Kathleen Cardone and referred to this Court pursuant to the "Standing Order Regarding Civil Case Assignments" dated May 1, 2012. After due consideration, the Court is of the opinion that Plaintiff's application should be **GRANTED**.

Accordingly, the Court enters the following **ORDERS:**

1. The Court **GRANTS** Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 1).

2. The Court **ORDERS** the District Clerk to file Plaintiff's civil complaint (ECF No. 1-1), without prepaying costs or fees.

3. The District Clerk **SHALL ISSUE** summons in this case without pre-payment of a service fee. Plaintiff will effectuate service on Defendant.

**SIGNED** and **ENTERED** this 12th day of September, 2022.

_____
**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**